

**09-CV-00268-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD J. WATERMAN, | )<br>) |
| Petitioner, | )  Case No. C09-268-JLR<br>) |
| v. | )<br>)  ORDER |
| PAT GLEBE, | )<br>) |
| Respondent. | )<br>) |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the answer, the papers filed in support of and opposition to petitioner's motions to voluntarily dismiss the habeas petition, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1)  The Report and Recommendation is ADOPTED;

(2)  Petitioner's motions to voluntarily dismiss the habeas petition (Dkts. 59, 63) are GRANTED;

(3)  Petitioner's § 2254 habeas petition is DISMISSED without prejudice; and

(4)  The Clerk of Court is directed to send a copy of this Order to Magistrate Judge James P. Donohue.

ORDER -1

1  DATED this 8th day of October, 2010.

JAMES L. ROBART
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER -2